**COURT OF APPEALS FOR THE**
**FIRST DISTRICT OF TEXAS AT HOUSTON**



ORDER

Appellate case name:     In re Anthony Welch

Appellate case number:    01-19-00932-CV

Trial court case number:  1142744

Trial court:              County Civil Court at Law No 1 of Harris County

The petition for writ of mandamus filed by relator, Anthony Welch, does not comply with the Texas Rules of Appellate Procedure because it fails to include an appendix that contains "a certified or sworn copy of any order complained of, or any other document showing the matter complained of." TEX. R. APP. P. 52.3(k)(1)(A); 9.4(k). According, we strike the petition.

Given that relator's petition has been struck, his motion for a stay of the trial court proceedings pending the outcome of his petition for writ of mandamus is **denied** as moot.

It is so ORDERED.


Judge's signature:_____/s/ Russell Lloyd_____
                          Acting individually


Date:  December 5, 2019